﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 03/31/20

DOCKET NO. 190822-24118
DATE: March 31, 2020

REMANDED

An increased rating higher than 20 percent for service-connected back arthritis is remanded.

An increased rating higher than 10 percent for service-connected right lower extremity radiculopathy is remanded.

REASONS FOR REMAND

The Veteran served on active duty from January 1981 to January 1996. These matters are before the Board of Veterans’ Appeals (Board) on appeal from an August 2019 rating decision. 

The Veteran timely appealed this rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ). Therefore, the Board may only consider evidence received by VA prior to the August 2019 rating decision. 

The Board notes that the Veteran’s assertions in the August 2019 written statement, although submitted after the August 2019 rating decision, are arguments rather than evidence and therefore can be considered.

1. An increased rating higher than 20 percent for service-connected back arthritis is remanded.

2. An increased rating higher than 10 percent for service-connected right lower extremity radiculopathy is remanded.

A remand is required to afford the Veteran an additional VA examination pursuant to the Veteran’s August 2019 written statement asserting that the July 2019 VA examiner did not actually perform an examination. 

The matters are REMANDED for the following action:

1. Please note that, by law, ALL remanded claims must be processed expeditiously.

2. A remand is necessary due to the Veteran’s August 2019 assertion that the July 2019 VA examiner did not actually examine him. Assigning a rating based on an inadequate examination report would constitute a pre-decisional duty to assist error by the AOJ. Although the Board finds it implausible that the examiner would provide an examination report with detailed findings when an examination was not performed, the Board also has no specific reason to challenge the Veteran’s credibility. Accordingly, despite the unfortunate delay, the case must be remanded to afford the Veteran another VA examination. 

3. Please arrange for orthopedic and neurological examinations of the Veteran to assess the current severity of his service-connected back arthritis and right lower extremity radiculopathy with a different examiner than the July 2019 VA examiner. The examiner must review the entire record in conjunction with the examination and note such review was conducted. Pathology, symptoms (frequency and severity), and any associated impairment of function should be described in detail. All indicated tests or studies should be completed.

Range of motion measurements should be included for active and passive motion in both weight-bearing and non-weight-bearing circumstances, including for the opposite undamaged joint, if applicable. If pain is noted, the point in the range of motion at which pain starts should be clearly noted.

If feasible, the examiner must assess the additional functional impairment on repeated use or during flare-ups in terms of the degree of additional range of motion loss, using lay observations specifically elicited from the Veteran. If not feasible, the examiner must provide a detailed explanation and rationale for why such could not be accomplished. Specifically, if the medical professional cannot provide an opinion without resorting to mere speculation, they must provide a complete explanation for why an opinion cannot be rendered; a rationale based on the fact that the Veteran is not having a flare-up at the time of the examination will not be deemed adequate.

For the Veteran’s right lower extremity radiculopathy, the examiner should fully describe the disabilities and report all signs and symptoms necessary for evaluation under DC 8520 (sciatic nerve impairment) or any other pertinent diagnostic codes for the right lower extremity). If there are no reported signs or symptoms of radiculopathy, the examiner MUST reconcile this finding with the Veteran’s current diagnosis of right lower extremity radiculopathy. 

Please note that the Veteran is able to report observable symptoms, and, for the purposes of this examination, please assume the Veteran’s reports to be credible.

A detailed explanation (rationale) is required for all opinions provided and is very much appreciated. (By law, the Board is not permitted to rely on any conclusion that is not supported by a thorough explanation.)

 

 

VICTORIA MOSHIASHWILI

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board N. Robinson, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.